United States District Court
Southern District of Texas
FILED

FEB 25 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. |
| YADIRA GARCIA | § | |

UN-SEALED 3-3-14

B-14-105

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 3, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**YADIRA GARCIA**,

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Johnny's True Value, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **YADIRA GARCIA**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of a .223 caliber rifle, DPMS, MODEL A3 Lite, serial number F270290, whereas in truth and in fact, she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

### COUNT 2

On or about August 7, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**YADIRA GARCIA**,

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Danny's Pawn and Sporting Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **YADIRA GARCIA**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of a 7.62x39 mm caliber rifle, MODEL: WASR 10/63, serial number 1983S-AU1853, whereas in truth and in fact, she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3

On or about August 8, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### YADIRA GARCIA,

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Danny's Pawn and Sporting Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **YADIRA GARCIA**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of a 7.62x39 mm caliber rifle, Century, MODEL: WASR-10, serial number 1985PX2173 , whereas in truth and in fact, she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 4

On or about August 3, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

## YADIRA GARCIA,

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Johnny's True Value, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **YADIRA GARCIA**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that her current residence address was 800 W. Butler, Pharr, Hidalgo County, TX 78577, whereas in truth and in fact, it was not her current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 5

On or about August 7, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

## YADIRA GARCIA,

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Danny's Pawn and Sporting Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **YADIRA GARCIA**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that her current residence address was 800 West

Butler, Pharr, Hidalgo County, TX 78577, whereas in truth and in fact, it was not her current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 6

On or about August 8, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**YADIRA GARCIA,**

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Danny's Pawn and Sporting Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, **YADIRA GARCIA**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that her current residence address was 800 West Butler, Pharr, Hidalgo County, TX 78577, whereas in truth and in fact, it was not her current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
DAVID A. LINDENMUTH
Assistant United States Attorney

4